# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES HOWARD HAYES, JR.,
    Appellant,

vs.

THE STATE OF NEVADA,
    Respondent.

No. 81076

FILED

OCT 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; William D. Kephart, Judge. Appellant has moved to voluntarily dismiss this appeal. The motion is granted and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. William D. Kephart, District Judge
James Howard Hayes, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-36214